IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUDY ALBRITTON and RONALD ALBRITTON, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:17-cv-03481-WSD-RGV |
| | ) | |
| NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the

following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the

stock of a party:

> Plaintiffs Judy and Ronald Albritton
> Defendant National Consumer Telecom & Utilities Exchange Inc. (NCTUE)
> NCTUE has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Other than the named parties, no such person or organization currently exists.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> <u>Plaintiffs</u>
> James M. Feagle
> Cliff R. Dorsen
> Kris Skaar
> Justin T. Holcombe
> SKAAR & FEAGLE, LLP
>
> James A. Francis
> John Soumilas
> FRANCIS & MAILMAN, P.C.
>
> Robert S. Sola
> ROBERT S. SOLA, P.C.
>
> <u>Defendant</u>
> Zachary A. McEntyre
> Matthew H. Dawson
> KING & SPALDING LLP

Submitted this 2nd day of February, 2018

s/ *Zachary A. McEntyre*
Zachary A. McEntyre (Ga. Bar No. 653571)
1180 Peachtree Street
Atlanta, Georgia  30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com

Matthew H. Dawson (pro hac vice)
601 South California Avenue, Suite 100
Palo Alto, CA 94304
650-422-6700
650-422-6800 (fax)
mdawson@kslaw.com

Attorneys for Defendant National Consumer
Telecom & Utilities Exchange, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that **DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the clerk of court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

> James M. Feagle
> Cliff R. Dorsen
> SKAAR & FEAGLE, LLP
> 2374 Main Street, Suite B
> Tucker, GA 30084
>
> Kris Skaar
> Justin T. Holcombe
> SKAAR & FEAGLE, LLP
> 133 Mirramont Lake Drive
> Woodstock, GA 30189
>
> James A. Francis*
> John Soumilas*
> FRANCIS & MAILMAN, P.C.
> 100 S. Broad Street, 19th Floor
> Philadelphia, PA 19110
>
> Robert S. Sola
> ROBERT S. SOLA, P.C.
> 8835 SW Canyon Lane, Ste. 130
> Portland, OR 97225

> s/ *Zachary A. McEntyre*
> Zachary A. McEntyre